1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANCYNTHINA H.,[1]                       Case No. SACV 19-01545 PVC

12                  Plaintiff,

13         v.                                **JUDGMENT**

14   ANDREW M. SAUL, Commissioner of
     Social Security,[2]

15

16                  Defendant.

17

18         IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that

19   the above-captioned action is REMANDED to the Commissioner for further action

20   consistent with the Court's Memorandum Decision and Order.

21

22   DATED:  November 24, 2020

23                                           _____
24                                           PEDRO V. CASTILLO
                                             UNITED STATES MAGISTRATE JUDGE
25   _____
     [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
26   Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
     Administration and Case Management of the Judicial Conference of the United States.
27
     [2] Andrew M. Saul, Commissioner of Social Security, is substituted for the "Commissioner
28   of Social Security Administration," whom Plaintiff named in the Complaint.  See 42
     U.S.C. § 405(g); Fed. R. Civ. P. 25(d).