UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCYNTHINA HO, | ) No. SACV 19-01545 PVC |
| | ) |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND COSTS** |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND NINE HUNDRED FIFTY DOLLARS and NO CENTS ($5,950.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: January 4, 2021

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

1